NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 MOTELS, INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 04-4216  (JAP) |
| -v- : | |
| : | **ORDER ADOPTING THE REPORT** |
| SUMAN B. PATEL, SHARDA S. PATEL, : | **AND RECOMMENDATION OF THE** |
| ALPESH S. PATEL, and DARPAN, LLC, : | **MAGISTRATE JUDGE** |
| : | |
| Defendants. : | |

This matter having come before the Court on the Report and Recommendation of the Honorable Madeline Cox Arleo, United States Magistrate Judge, filed on May 9, 2006, recommending that default be entered against Defendants Suman B. Patel, Sharda S. Patel, and Alpesh S. Patel, and that Plaintiff be allowed to proceed to judgment by default as to all Defendants[1]; and the Court having received no objections; and the time for filing objections having now expired, *see* L.Civ.R. 72.1(c)(2); and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown, **IT IS**

**ON** this 1st day of June, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed on May 9, 2006, which recommends that default be entered against Defendants Suman B. Patel,

---

[1] Plaintiff named four Defendants in its First Amended Complaint filed on November 24, 2004; the Docket reflects that default was entered against the fourth, Darpan, LLC, by the Clerk on March 9, 2005.

Sharda S. Patel, and Alpesh S. Patel, and that Plaintiff be allowed to proceed to judgment by default as to all Defendants, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

**FURTHER ORDERED** that the Clerk shall enter default against Defendants Suman B. Patel, Sharda S. Patel, and Alpesh S. Patel; and

**FURTHER ORDERED** that, following the entry of default by the Clerk on the Docket, Plaintiff may proceed to judgment by default as to all Defendants in a manner that comports with Fed. R. Civ. P. 55.

**SO ORDERED.**

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge

Original:    Clerk
cc:          Judge Arleo
             All Parties
             File